UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON


VIDEX, INC.,

                    **Plaintiff,**

         **v.**                                 Civil No. 06-6280-TC

CYBER ACCESS CONTROL, LLC.,

                    **Defendant.**

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered to show cause in writing not later than May 8, 2007, why this action should not be dismissed without prejudice for failure to serve summons and complaint. Fed. R. Civ. P. 4(m). Nothing has been filed in response to that order.

This action should be dismissed without prejudice.

Dated: May 10, 2007.


_____
United States Magistrate Judge


**FINDINGS AND RECOMMENDATION**